UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
ST. LOUIS DIVISION

UNITED STATES OF AMERICA      §

V.      §    CASE NO. 4:09-cr-00112-JCH-MLM

CHRISTOPHER MAURY      §

## ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR RELEASE OF BOND MONIES

BE IT REMEMBERED that on this date came on to be heard Defendant's Unopposed Motion for Release of Bond Monies, and the Court having considered same is of the opinion that said motion should be GRANTED. It is therefore

ORDERED that Defendant's cash bond in the amount of $5,001.46 be used towards restitution at the time of sentencing.

SIGNED on this __11th__ day of March, 2010.

_____
HONORABLE JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE